FILED

OCT 1 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE





1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4
   SHAWNA YEN (CASBN 224447)
5  Assistant United States Attorney

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5054
      Fax: (408) 535-5066
8
   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12
   UNITED STATES OF AMERICA,        )    5-70695 (PVT)
13                                  )
          Plaintiff,                )    [Proposed]
14                                  )    ORDER CONTINUING CASE AND
      v.                            )    EXCLUDING TIME UNDER THE
15                                  )    SPEEDY TRIAL ACT, 18 U.S.C. § 3161
   ALBERTO MUNOZ,                   )
16                                  )
          Defendant.                )
17  _____)

18      This matter came before the Court for a status conference on Thursday, October 13, 2005.

19  Counsel for the government and the defendant were present.

20      At the hearing, the defendant was advised and stated that he understood that under Rule

21  5.1(c) of the Federal Rules of Criminal Procedure he is entitled to a preliminary hearing within

22  20 days of his initial appearance as an out-of-custody defendant unless an indictment is filed, and

23  that pursuant to 18 U.S.C. § 3161(b) he is entitled to be indicted within 30 days of his arrest in

24  this matter. After consultation with his attorney, the defendant stated that he wished to waive

25  those rights and continue the date set for preliminary hearing or indictment until November 10,

26  2005.

At the conclusion of the hearing, and at the request of defense counsel, without objection by the government, the Court ruled as follows:

IT IS HEREBY ORDERED that this case is continued to November 10, 2005 at 9:30 a.m. for a preliminary hearing or arraignment.

IT IS FURTHER ORDERED that the period of time from October 13, 2005 through and including November 10, 2005 shall be excluded from the period of time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. § 3161(b), pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial for the following reasons:

Defense counsel has requested the additional time to review the supplemental discovery that was provided by the United States last week. The United States has no objection to the additional time requested. In addition, the parties require the additional time to discuss the proposed plea agreement in this case in an effort to resolve this case prior to indictment. The exclusion of time is therefore required for effective preparation of counsel.

IT IS FURTHER ORDERED that the period of time for a preliminary hearing is extended under Federal Rule of Criminal Procedure 5.1(d), until November 10, 2005 based on the defendant's consent and based on the parties' showing of good cause as set forth above.

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this 19 day of October, 2005.

_____
HOWARD R. LLOYD
United States Magistrate Judge

1 | Copies to be served on:
2 | SHAWNA YEN
    Assistant U.S. Attorney
3 | 150 Almaden Boulevard, Room 900
    San Jose, CA 95113
4 |
    LEROY FAULK, ESQ.
5 | Attorney for Alberto Munoz
    Moore Law Firm
6 | 332 North Second Street
    San Jose, CA 95112
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |