E-Filing

KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile:  (408) 535-5066

Attorneys for Plaintiff

FILED 

JAN 1 3 2006

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-00773 JW |
|     Plaintiff, | [Proposed] ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
|   v. | |
| ALBERTO MUNOZ, | |
|     Defendant. | |

This matter came before the Court on January 12, 2006 for an arraignment on the Indictment that was returned in this matter. Counsel for the government and the defendant were present. At the conclusion of the hearing, the Court ruled as follows:

IT IS HEREBY ORDERED that this case is continued to January 30, 2006 1:30 p.m. before the Honorable James Ware for an initial status hearing before the district court.

IT IS FURTHER ORDERED that the period of time from January 12, 2006 through and including January 30, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Sections 3161(h)(1)(F) and 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The Court finds that the ends of justice served by this continuance

1  outweigh the best interests of the public and the defendant in a speedy trial for the following
2  reason: The earliest date that the parties are all available to come before the district court is
3  January 30, 2006. Accordingly, the additional time is necessary to ensure continuity of counsel.
4        For the foregoing reasons, the Court finds that the interests of justice in granting this
5  continuance outweigh the defendant's and the public's interests in a speedy trial.
6        Dated this __13__ day of January, 2006.

                                    PATRICIA V. TRUMBULL
                                    United States Magistrate Judge

10  Copies to be served on:

11  SHAWNA YEN
12  Assistant U.S. Attorney
    150 Almaden Boulevard, Suite 900
13  San Jose, CA 95113

14  PAUL MELTZER, ESQ.
    340 Soquel Avenue, Suite 212
15  Santa Cruz, CA 95062

16
17
18
19
20
21
22
23
24
25
26
27
28

2