1 | JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
2 | 706 COWPER STREET
P.O. BOX 1040
3 | PALO ALTO, CA  94302-1040
650/328-5510
4 | 650/853-3632 fax

5 | Attorneys for Defendant ALBERTO MUNOZ

FILED
FEB 23 2006
CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
FEB 22 2006
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT SAN JOSE CALIFORNIA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR 05-00773 JW (PVT) |
| Plaintiff, | [PROPOSED] ORDER GRANTING ALBERTO MUNOZ' MOTION TO SUBSTITUTE SECURITY FOR APPEARANCE BOND. |
| vs. | |
| ANTONIO LOZANO, ALBERTO MUNOZ, & CESAR MALDONADO, | Date:     2/22/06<br>Time:     11:00 AM<br>Mag.-Judge:  Hon. Patricia V. Trumbull |
| Defendants. | |

GOOD CAUSE APPEARING THEREFORE, and upon application by counsel for Alberto Munoz, it is ordered that the existing pretrial release order be modified so as to permit the substitution of his brother-in-law's Fremont home for that same brother-in-law's Patterson home (the current security), as the security for the appearance bond for Mr. Munoz

DATED: __2/23__, 2006

_____
MAGISTRATE-JUDGE PATRICIA V. TRUMBULL
U.S. DISTRICT COURT

Heard and decided
in open court 2/22/06
PVT

---

1
ORDER GRANTING THE SUBSTITUTION OF SECURITY FOR APPEARANCE BOND