JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant
ALBERTO MUNOZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE CR 05-00773 JW |
| Plaintiff, | STIPULATION RE EXONERATION OF BOND AND RECONVEYANCE |
| vs. | OF DEED OF TRUST SECURING BOND, AND [proposed] ORDER |
| ALBERTO MUNOZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, that the appearance bond in the amount of $100,000 for Defendant ALBERTO MUNOZ be exonerated and dismissed and that the deed of trust securing the bond with the real property owned by Jorge and Lucrecia Rodrigues located at 3697 Madison Common, Fremont, CA 94538 be reconveyed to the trustors, Jorge and Lucrecia Rodrigues.

Defendant MUNOZ has been sentenced, and the Financial Technician of the United States District Court has written to Defendant's counsel, Jerry Y. Fong, indicating that the property posted as security may be withdrawn by court order.  Therefore, it is hereby requested that an Order releasing the property and reconveying the deed of trust be issued.

IT IS SO STIPULATED.

///

| | | |
|---|---|---|
| 1 | DATED:   December 15, 2008 | CAREY & CAREY |
| 2 | | |
| 3 | | /s/ |
| 4 | | JERRY Y. FONG, Attorneys for Defendant ALBERTO MUNOZ |
| 5 | | |
| 6 | DATED:   12/16  , 2008 | UNITED STATES OF AMERICA |
| 7 | | |
| 8 | | /s/ |
| 9 | | By: SHAWNA YEN  Assistant United States Attorney |
| 10 | | |

<u>ORDER</u>

GOOD CAUSE APPEARING THEREFORE, the United States District Court, Northern District of California, orders that the appearance bond, for the benefit of Defendant ALBERTO MUNOZ, be exonerated and dismissed, and that the deed of trust securing the bond with the real property located at 3697 Madison Common, Fremont, CA 94538, be reconveyed to the trustors, Jorge Rodrigues and Lucrecia Rodrigues.  It is further ordered that the deed of trust executed by Jorge Rodrigues and Lucrecia Rodrigues be reconveyed to Mr. and Mrs. Rodrigues, and the Clerk of the Court shall reconvey said deed of trust.

IT IS SO ORDERED.

DATED:   Dec. 23  , 2008

*James Ware* (signature)
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT